06-192
CA 02-15 Erie
Spec. Assess.

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000192 - DM
January 31, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| IND FELO | 02-15 E | | 100.00 CA |

TOTAL→        100.00

FROM: NECHELLE CROCKETT FOR:
JAMES CROCKETT
1411 EAST 19 STREET
ERIE PA 16503